UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MATAMOROS, | ) Case No. CV 11-2419 MMM (MRW) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| A. HEDGPETH, Warden, | ) |
| Respondent. | ) |
| _____ | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: February 15, 2012

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE